**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

Mr. Gary W. Stansberry
*Progressive Tractor Corp.*
2718 Sea Harbor
Dallas, TX 75212

_____
Mary E. Augustine (No. 4477)

612627v6